```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada   89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov

7  Attorneys for the United States.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SALVATORE H. VITALE, | ) |
| | ) Case No.2:12-CV-02010-JCM-GWF |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

(First Request)

COMES NOW defendant, Michael J. Astrue, by and through his attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a fourteen (14) day extension of time, to file an appropriate response to Plaintiff's Complaint to Set Aside the Final Order of the Commissioner Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3).

. . .

. . .

The instant request is based on the need to finalize the search, collection and assembly of materials that will produce the agency administrative record to be filed as part of the defendants answer to the complaint. Defendants' current deadline is Friday, January 25, 2013.

It is therefore respectfully requested that defendants be granted a fourteen (14) day extension of time to file an appropriate response to the Complaint up to and including Friday, February 8, 2013.

DATED this 18th day of January 2013.

                    Respectfully submitted,

                    Daniel G. Bogden
                    United States Attorney

                    /s/ Carlos A. Gonzalez
                    Carlos A. Gonzalez
                    Assistant United States Attorney

                    IT IS SO ORDERED:

                    UNITED STATES MAGISTRATE JUDGE

                    DATE: January 24, 2013

2