```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  E-mail: Carlos.Gonzalez2@usdoj.gov

 7  Attorneys for the United States.

 8
                   UNITED STATES DISTRICT COURT
 9                      DISTRICT OF NEVADA

10   SALVATORE H. VITALE,         )
                                  )  Case No.2:12-CV-02010-JCM-GWF
11            Plaintiff,          )
     v.                           )
12                                )
     MICHAEL J. ASTRUE,           )
13   COMMISSIONER OF              )
     SOCIAL SECURITY,             )
14                                )
              Defendant.          )
15  _____)
```

16              **DEFENDANTS' MOTION FOR EXTENSION OF TIME**

17                         (First Request)

18       COMES NOW defendant, Michael J. Astrue, by and through his

19  attorneys, Daniel G. Bogden, United States Attorney for the

20  District of Nevada, and Carlos A. Gonzalez, Assistant United

21  States Attorney, and request a fourteen (14) day extension of

22  time, to file an appropriate response to Plaintiff's Complaint to

23  Set Aside the Final Order of the Commissioner Pursuant to 42

24  U.S.C. §§ 405(g) and 1383(c)(3).

25  . . .

26  . . .

1  The instant request is based on the need to finalize the
2  search, collection and assembly of materials that will produce
3  the agency administrative record to be filed as part of the
4  defendants answer to the complaint. Defendants' current deadline
5  is Friday, January 25, 2013.
6      It is therefore respectfully requested that defendants be
7  granted a fourteen (14) day extension of time to file an
8  appropriate response to the Complaint up to and including Friday,
9  February 8, 2013.

11      DATED this 18th day of January 2013.

13  Respectfully submitted,

14  Daniel G. Bogden
   United States Attorney

16  /s/ Carlos A. Gonzalez
   Carlos A. Gonzalez
   Assistant United States Attorney

19  IT IS SO ORDERED:

   *George Foley Jr.* (signature)
21  UNITED STATES MAGISTRATE JUDGE

22  DATE: January 24, 2013

2