**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SALVATORE H. VITALE IV,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No.   2:12-cv-02010-JCM-GWF<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL<br>(FIRST REQUEST) |

     Comes now Plaintiff, by and through his attorney, RICHARD HARRIS, ESQ., and requests a forty five (45) day extension of time, to file the **MOTION FOR REMAND AND/OR REVERSAL**.

    Plaintiff's current deadline to file the **MOTION FOR REMAND AND/OR REVERSAL** is April 11, 2013.

    Via email, opposing counsel agreed to the Request and has no objection to the extension.

/ / /

/ / /

/ / /

It is therefore respectfully requested that Plaintiff be granted a forty five (45) day extension of time to file the **MOTION FOR REMAND AND/OR REVERSAL** up to and including May 27, 2013.

DATED this 18th day of March 2013.   DATED this 18th day of March 2013.

/s/ *Richard A. Harris*   /s/ *Carlos A. Gonzalez*
**RICHARD A. HARRIS, ESQ.**   (As authorized via email 03/18/13 1:30pm)
Nevada State Bar No. 505   **DANIEL G. BOGDEN**
RICHARD HARRIS LAW FIRM   United States Attorney
801 S FOURTH ST.   District of Nevada
LAS VEGAS  NV  89101   Nevada State Bar No. 2197
Ph:  (702) 444-4392   **CARLOS A. GONZALEZ**
Fax:  (702) 444-4455   Assistant United States Attorney
Email: rick@richardharrislaw.com

Attorney for Plaintiff

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED:   March 19, 2013