UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVATORE H. VITALE, IV, | Case No. 2:12-CV-2010 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

Presently before the court is plaintiff Salvatore H. Vitale IV's unopposed motion for the court to enter judgment pursuant to Federal Rule of Civil Procedure 58(d). (Doc. # 36). Defendant did not file a response, and the deadline to respond has now passed.

On June 17, 2014, the court adopted Magistrate Judge Foley's report and recommendation, (doc. # 27), and granted plaintiff's motion to remand the matter to the Social Security Administration, (doc. # 19). On the same date, the clerk closed the case.

Plaintiff now asks the court to enter a judgment so that he can move for attorney's fees. (Doc. # 36). Plaintiff contends that such a motion would not be ripe until the court has entered a judgment.

While the court granted plaintiff's motion to remand, no actual judgment was rendered in this case. Therefore, entry of a judgment for plaintiff is not warranted at this time.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to enter judgment, (doc. # 36), be, and the same hereby is, DENIED.

DATED October 9, 2014.

_____
UNITED STATES DISTRICT JUDGE