AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Salvator H Vitale, IV,

Plaintiff,

V.

Social Security Administration,

Defendant.

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-02010-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Equal Access to Justice Act Attorney's Fees are awarded Plaintiff Salvatore H. Vitale, IV in the amount of $5,000.00, unless there is an allowable offset under the Department of the Treasury's offset program.

October 29, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk